IN ERROR.,
........
ALBANY,
February, 1815.

WINTER
v.
GREEN.

*Wyatt's Pr. Re-gis. 94, 95.

Feb. 27th, 1815.

------◁◈▷------

JOSEPH WINTER,          Appellant,
                against
TEMPERANCE GREEN, the elder, and WILLIAM } Respondents.
    GREEN, her husband, AND OTHERS,      }

THIS was an appeal from a decretal order of the court of chancery. In June, 1809, the respondents filed their bill, and supplemental and amended bills, in October and December following, against the appellant, as trustee, &c., charging various breaches of trust; requesting that he might be removed, and another trustee appointed in his place, or a receiver be appointed, with proper powers and instructions, and praying for an injunction to prevent the appellant from selling and disposing of the trust estates, and for a discovery, &c.

The appellant, in October, 1809, put in an answer to the original bill, in part, pleading to other parts, and demurring to the remainder; and he, also, put in an answer to the supplemental and amended bills.

In 1811, the parties agreed to submit all matters in dispute between them to three referees. A rule of reference was accordingly entered, on the 8th of June, 1811. In April, 1812, the referees made their report, which was filed with the register of the court of chancery, with all the documents and proofs

*When a cause on appeal comes on to hearing, if the transcript of the record, or certified copies of the pleadings, evidence, and papers, read in the court below, be not filed in this court, the counsel for the appellant will not be allowed to read the original papers produced by the register of the court of chancery, but the appeal will be dismissed with costs.*

IN ERROR.

ALBANY,
February, 1815.

WINTER
v.
GREEN.

exhibited and taken before them. Neither party being satisfied with the report, each of them exhibited and filed their exceptions, in *August*, 1812.

In *October* term, 1812, both parties set down the exceptions for a hearing; but, on the application of the appellant, the hearing was postponed. The exceptions were again set down for a hearing, in *January* term, 1813; but, a short time before the term commenced, the appellant presented a *petition* to the chancellor, accompanied with affidavits, and praying that the report might be referred back to the same referees, for their re-examination; but a decision on this petition was postponed to the first day of *January* term, when the appellant again applied for a postponement of the argument, and decision both on the petition and exceptions: which being refused, and the appellant's counsel declining to argue the exceptions, the court of chancery, on the 20th of *January*, 1813, made a decretal order, overruling the appellant's exceptions, and allowing those of the respondents, and confirming the report of the referees, except in such parts as had been excepted to by the respondents, and ordering it to be referred to the master, to take an account pursuant to the report, with the variations and modifications mentioned; and the *petition* of the appellant for a re-reference was ordered to be dismissed. An injunction was also awarded, to restrain the appellant from selling and disposing of the trust estates, or intermeddling therewith, a *receiver* having been appointed by the court, in *October*, 1812.

The respondents set down the cause for a final decree, at the *June* term, 1813; previous to which, the appellant served them with a copy of his petition, praying that the order, overruling his exceptions, and allowing those of the respondents, and the order for dismissing the petition for a re-reference of the exceptions to the same referees, might be set aside, and that a rehearing might be had, or for such other relief as the court might think proper. The court ordered a hearing, in the nature of a rehearing, on payment of certain costs, both of the exceptions and the petition. In *October*, the hearing was put off, at the instance of the appellant; and in *April*, 1814, a rehearing was had, before the present chancellor, who made a decretal order, on the 17th of *May*, 1814, from which an appeal was made to this court.

IN ERROR.
........
ALBANY,
February, 1815.

It is unnecessary to state more of the proceedings in this cause, which were very voluminous. The CHANCELLOR assigned the reasons for his decree.

WINTER
v.
GREEN.

*Baldwin*, for the appellant, having stated the facts in the cause, and made some observations, was proceeding to read the original affidavits and papers, which had been read at the hearing in the court below, when he was stopped by

SPENCER, J. It appears that the appellant has not filed, in this court, a transcript of the record, or certified copies of any of the proceedings in chancery, in this cause; neither the report of the referees, nor the exceptions to the report, nor any of the papers, in that form, which is usual and proper, on an appeal, so that they may be examined by the members of this court. He has, to be sure, got the register of the court of chancery to come here, with a basket-load of papers, which he intends to read and examine; but that is not the proper course of proceeding. As the counsel has no papers in the cause, in the proper form for this court, and is not ready for the argument, I think the appeal ought to be dismissed.

VAN NESS, J., was of the same opinion. And this being the unanimous opinion of the court, it was, thereupon, *Ordered*, that the appeal in this cause be dismissed, with costs.

March 7th, 1815.

Appeal dismissed.

*Note.* It appeared that there was no appeal from the order dismissing the petition for a rehearing, and some of the judges intimated that this court could not, on this appeal, order a rehearing, but must decide only on the correctness of the decretal order made by the chancellor on the exception to the report; that if the appellant wished for a rehearing, he should have appealed from the chancellor's order dismissing the petition for a rehearing.